# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LEE COUNTY, AL and WINSTON COUNTY, AL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:23-op-45010-DAP |
| | ) |
| MYLAN PHARMACEUTICAL,S INC., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Thomas E. Rice of the law firm Baker Sterchi Cowden & Rice LLC hereby enters his appearance on behalf of defendant KVK-Tech, Inc. in the above-captioned action.

Dated:  December 7, 2023          Respectfully submitted,

 /s/  Thomas E. Rice
Thomas E. Rice           MO # 29946
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road, Suite 500
Kansas City, MO  64108
Telephone:    (816) 471-2121
Facsimile:     (816) 472-0288
rice@bakersterchi.com

**ATTORNEY FOR DEFENDANT
KVK-TECH, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 7th day of December, 2023, which will send notification of the same to all counsel of record.

 /s/  Thomas E. Rice